UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.: 4:25CR 00225 DPM |
| | ) | |
| v. | ) | 18 U.S.C. § 1001 |
| | ) | 18 U.S.C. § 641 |
| STANLEY DWAIN THOMPSON | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about June 14, 2022, in the Eastern District of Arkansas, the defendant,

STANLEY DWAIN THOMPSON,

willfully and knowingly made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the United States, namely; the Social Security Administration, by providing false information in a redetermination summary for continuing Supplemental Security Income benefits on behalf of his son. The statements and representations were false because, as STANLEY DWAIN THOMPSON then and there knew, he had not had custody of his son since March 2020 and failed to report it to the Social Security Administration to obtain continued Supplemental Security Income benefits.

All in violation of Title 18 United States Code, Section 1001(a)(2).

## COUNTS 2-27

Beginning on or about February 1, 2021 through in or about March 1, 2023, in the Eastern District of Arkansas,

STANLEY DWAIN THOMPSON

willfully, voluntarily, intentionally, and knowingly stole and converted to his own use and the use of another, money of the United States and any department thereof, namely, the Social Security Administration, in an amount exceeding $1000, in the aggregate, on or about the following dates:

| Count | Date | Amount |
|---|---|---|
| 2 | February 1, 2021 | $794.00 |
| 3 | March 1, 2021 | $794.00 |
| 4 | April 1, 2021 | $794.00 |
| 5 | April 30, 2021 | $794.00 |
| 6 | June 1, 2021 | $794.00 |
| 7 | July 1, 2021 | $794.00 |
| 8 | July 30, 2021 | $794.00 |
| 9 | September 1, 2021 | $794.00 |
| 10 | October 1, 2021 | $794.00 |
| 11 | November 1, 2021 | $794.00 |
| 12 | December 1, 2021 | $794.00 |
| 13 | December 30, 2021 | $841.00 |
| 14 | February 1, 2022 | $841.00 |
| 15 | March 1, 2022 | $841.00 |
| 16 | April 1, 2022 | $841.00 |
| 17 | April 29, 2022 | $841.00 |
| 18 | June 1, 2022 | $841.00 |
| 19 | July 1, 2022 | $841.00 |
| 20 | August 1, 2022 | $841.00 |
| 21 | September 1, 2022 | $841.00 |
| 22 | September 30, 2022 | $841.00 |
| 23 | November 1, 2022 | $841.00 |
| 24 | December 1, 2022 | $841.00 |
| 25 | December 30, 2022 | $914.00 |
| 26 | February 1, 2023 | $914.00 |
| 27 | March 1, 2023 | $914.00 |

All in violation of Title 18, United States Code, § 641.

[End of text. Signature page attached.]

☐ NO TRUE BILL.  ☒ TRUE BILL.

**REDACTED SIGNATURE**

FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
UNITED STATES ATTORNEY

By: AMANDA JEGLEY
Bar No. 2010045
Assistant U.S. Attorney
425 W. Capitol Avenue, Suite 500
Little Rock, AR 72201
Telephone: (501) 340-2600
E-mail: Amanda.jegley@usdoj.gov